_____

**SO ORDERED,**



*Judge Jason D. Woodard*

*United States Bankruptcy Judge*

The Order of the Court is set forth below. The case docket reflects the date entered.

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | | |
| **ARIEL MONCHE NEVILLES** ) | **Case No:** | **24-13414-JDW** |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| **Debtor** ) | **Chapter:** | **7** |

## ORDER REOPENING CASE DUE TO ADMINISTRATIVE ERROR

WHEREAS, an order closing this case has been entered prematurely through inadvertency and administrative error; and

WHEREAS, for good cause shown, this Court deems it appropriate to reopen this case; and

WHEREAS, this Court has determined that the appointment of a trustee herein by the U.S. Trustee ☑ is ☐ is not necessary to protect the interests of creditors and debtor(s) or to ensure efficient administration of the reopened case; it is

ORDERED that this case be and the same is hereby reopened.

##END OF ORDER##